**DISMISS and Opinion Filed September 7, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00640-CV

**PIPELINE HEALTH, LLC AND PIPELINE EAST DALLAS, LLC D/B/A CITY HOSPITAL AT WHITE ROCK A/K/A WHITE ROCK MEDICAL CENTER, Appellants**

V.

**SADKIKA SEEGAN, INDIVIDUALLY AND FOR THE BENEFIT OF J.E.S., A MINOR, DORTHEA FRANCES SEEGAN, AND KERBY KELLER, INDEPENDENT EXECUTOR OF THE ESTATE OF JAMES SEEGAN, DECEASED, Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-01842**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Reichek, and Breedlove
Opinion by Justice Reichek

Before the Court is appellants' unopposed motion to dismiss the appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

220640F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

PIPELINE HEALTH, LLC AND
PIPELINE EAST DALLAS, LLC
D/B/A CITY HOSPITAL AT WHITE
ROCK, A/K/A WHITE ROCK
MEDICAL CENTER, Appellants

No. 05-22-00640-CV          V.

SADKIKA SEEGAN,
INDIVIDUALLY AND FOR THE
BENEFIT OF J.E.S., A MINOR,
DORTHEA FRANCES SEEGAN,
AND KERBY KELLER,
INDEPENDENT EXECUTOR OF
THE ESTATE OF JAMES SEEGAN,
DECEASED, Appellees

On Appeal from the 14th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-01842.
Opinion delivered by Justice Reichek.
Justices Partida-Kipness and
Breedlove participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered September 7, 2023

–2–